IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN PARKER,

           Plaintiff,

    v.

LISA KRAUSE-HENGST, Deputy Sheriff;
TRAVIS MCPHEARSON, Deputy Sheriff;
JAMIE PETERSON, Deputy Sheriff;
DAVID CLINE, Deputy Sheriff;
CINDY SCHALLER, Deputy Sheriff;
COLIN FOSTER, Deputy Sheriff;
JOHN BROGAN, Deputy Sheriff Sergeant;
Employees Dane County Jail, Individual
and Official Capacity;

           Defendants.

ORDER

09-cv-436-slc

---

In response to this court's order of July 15, 2009, plaintiff has submitted supplemental trust fund account statements so that I can assess an initial partial payment of the $350 fee for filing this case. From these statements, I have calculated plaintiff's initial partial payment to be $9.90. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $9.90 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials

to insure that they are aware they should send petitioner's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $9.90 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $9.90 on or before August 27, 2009. If, by August 27, 2009, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 5th day of August, 2009.

BY THE COURT:

PETER A. OPPENEER
Magistrate Judge

2