IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN PARKER,

                Plaintiff,                          MEMORANDUM

      v.                                            09-cv-436-vis

LISA KRAUSE-HENGST, Deputy Sheriff;
TRAVIS MCPHEARSON, Deputy Sheriff;
JAMIE PETERSON, Deputy Sheriff;
DAVID CLINE, Deputy Sheriff;
CINDY SCHALLER, Deputy Sheriff;
COLIN FOSTER, Deputy Sheriff;
JOHN BROGAN, Deputy Sheriff Sergeant;

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On January 5, 2009, I denied plaintiff's request for leave to proceed in forma pauperis on appeal. I instructed plaintiff that he had 30 days from the date of the order in which to ask the court of appeals to review this court's denial of his request. Also, I informed him what documents he needed to submit to the court of appeals to support his request.

      On February 1, 2010, plaintiff filed in this court his request for review by the court of appeals and supporting documentation, together with a motion for appointment of counsel. Dkt. ##45, 46 and 47. Because these documents should have been filed in the court of appeals,

1

I am directing the clerk of court to forward the documents to that court.\

Entered this 3rd day of February, 2010.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge