IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN PARKER,

    Plaintiff,

v.

LISA KRAUSE-HENGST, Deputy Sheriff;
TRAVIS McPHEARSON, Deputy Sheriff;
JAIME PETERSON, Deputy Sheriff;
DAVID CLINE, Deputy Sheriff;
CINDY SCHALLER, Deputy Sheriff;
COLIN FOSTER, Deputy Sheriff;
JOHN BROGAN, Deputy Sheriff
Sergeant; Employees Dane County Jail,
Individual and Official Capacity;

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-436-vis

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _____3/15/10_____
Peter Oppeneer, Clerk of Court                                    Date